ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| USA Environmental, Inc. | ) ASBCA Nos. 62604, 62751 |
| | ) |
| Under Contract Nos. N62470-05-D-1868 | ) |
| N62470-11-D-8007 | ) |
| N62470-12-D-7016 | ) |
| W912DY-04-D-0006 | ) |

APPEARANCES FOR THE APPELLANT:       Scott Arnold, Esq.
                                     Justin A. Chiarodo, Esq.
                                     Stephanie M. Harden, Esq.
                                       Blank Rome LLP
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Samuel W. Morris, Esq.
                                       DCMA Chief Trial Attorney
                                     Evan Georgopoulos, Esq.
                                     Peter M. Casey, Esq.
                                     Sheena M. Wandera, Esq.
                                       Trial Attorneys
                                       Defense Contract Management Agency
                                       Hanscom AFB, MA

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  July 14, 2023

_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62604, 62751, Appeals of USA Environmental, Inc., rendered in conformance with the Board's Charter.

Dated: July 14, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals